**UNITED STATES DISTICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MELODY WILLIAMS,**

    **Plaintiff,**

    v.

**OHIO DEPARTMENT OF**
**REHABILITATION AND**
**CORRECTIONS,** *et al.***,**

    **Defendants.**

Case No. 2:20-cv-6424
**JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Kimberly A. Jolson

**ORDER**

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge (ECF No. 102) in which she recommended granting Defendant's Motion for Summary Judgment (ECF No. 100). The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation which correctly applies the law to the facts, and **GRANTS** Defendant's Motion for Summary Judgment. (ECF No. 100.) The Clerk is **DIRECTED** to **ENTER JUDGMENT** in favor of Defendants and to **CLOSE** this case.

    **IT IS SO ORDERED.**

**8/2/2023**                                                                         s/Edmund A. Sargus, Jr.
**DATE**                                                                        **EDMUND A. SARGUS, JR.**
                                                                                 **UNITED STATES DISTRICT JUDGE**